COM.

v.

**OKEY, P.**

**1065 MDA 2016**

Superior Court of Pennsylvania.

03/07/2017

2016–SU–001397–64
(York)

Appeal Dismissed

COM.

v.

**CARTER, D.**

**1252 MDA 2016**

Superior Court of Pennsylvania.

03/07/2017

CP–41–CR–0001878–2014
(Lycoming)

Affirmed

COM.

v.

**TETER, R.**

**1400 MDA 2016**

Superior Court of Pennsylvania.

03/07/2017

CP–54–CR–0000582–2014
(Schuylkill)

Vacated/Remanded

**AMADOU, K.**

v.

**SARVER, R.**

**1683 WDA 2015**

Superior Court of Pennsylvania.

03/07/2017

GD 12–11773
(Allegheny)

Affirmed/Vacated/Remanded